

**Law Offices
of
PHILIP J. DANAHER, ESQ.**
252 Broadway
Rensselaer, New York 12144

Telephone (518) 463-4383                                           Fax (518) 463-4386

April 5, 2011

Clerk
United States Bankruptcy Court
James T. Foley Courthouse
445 Broadway, Suite 330
Albany, New York   12207

RE:   John Planthaber
      Chapter 7 Case No. 08-12969

Dear Clerk:

In relation to the above-referenced matter, attached hereto please find Trustee's draft in the amount of $539.61 made payable to the Clerk, U.S. Bankruptcy Court, representing unclaimed funds. The original distribution was as follows:

$539.61 to-
Roundup Funding, LLC (Claim no. 6)
MS 550
PO Box 91121
Seattle, WA 98111-9221

Very truly yours,

Philip J. Danaher
Chapter 7 Trustee

PJD:lbd
Enclosures